DECISIONS PER CURIAM, FROM JANUARY 30, 1923, TO AND INCLUDING APRIL 9, 1923, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. —. SERGIUS APOSTOLOFF, APPELLANT, *v.* CONRAD HUBERT ET AL.   Submitted February 20, 1923.   Decided February 26, 1923.   Motion to docket this cause, and for leave to proceed in forma pauperis, denied.   *Mr. Henry E. Davis* for appellant.

No. —, Original. *Ex parte:* IN THE MATTER OF FRANCE & CANADA STEAMSHIP CORPORATION, PETITIONER.   Submitted February 20, 1923.   Decided February 26, 1923. Motion for leave to file petition for a writ of mandamus herein denied.   *Mr. J. Culbert Palmer* and *Mr. Carroll G. Walter* for petitioner.

No. 376. HENRY F. MUELLER ET AL. *v.* SAMUEL W. ADLER ET AL.   Appeal from the District Court of the United States for the Eastern District of Missouri.   February 26, 1923.   On consideration of the petition for a rehearing or to remand this cause to the Circuit Court of Appeals for the Eighth Circuit, it is ordered by the Court that said cause be, and the same is hereby, transferred to the said Circuit Court of Appeals, pursuant to the Act of Congress of September 14, 1922.   *Mr. Otto A. Schlobohm, Mr. Wm. J. Hughes* and *Mr. Ephrim Caplan* for appellants.   *Mr. Edward W. Foristel* for appellees.   [See 260 U. S. 694.]